IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JAMES EDWARD ROBINSON, JR.,**

    Plaintiff,

    v.                          Civil No. 7:11-cv-143 (HL)

**JEREMY DUNCAN, TRAVIS SPARKS, CARL DUDLEY, THOMAS BISDORF, MARK MENDOZA, CHARLES HAMRICK, and the CITY OF VALDOSTA,**

    Defendants.

**ORDER**

The parties have filed a Notice, without a Motion, requesting a three-month extension to their discovery deadline. A Notice is not the proper way to extend discovery in this Court. According to Local Rule 6.1, a continuance "will be granted only by the court on its own motion or on the motion of any party. Continuances may not be obtained by stipulation between counsel." Thus, the parties must file a formal motion requesting an extension of time, which the Court will review and evaluate. Until the parties submit a motion, the deadline for discovery remains June 20, 2012.

**SO ORDERED**, this 11th day of June, 2012.

                                        *s/ Hugh Lawson*
                                        HUGH LAWSON, SENIOR JUDGE

ebr